IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

CHRISTIANA MACLAREN; and ELIJAH
MACLAREN, *a married couple,*

                    Plaintiffs,

          v.

PHH MORTGAGE CORPORATION, *a New
Jersey corporation*,

                    Defendant.

_____

Case No. 1:23-cv-00053-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation recommending Defendant PHH Mortgage's Motion for Summary Judgment (ECF No. 110) should be denied in part and granted in part. ECF No. 210. The matter is now before this Court.[1] *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72. Plaintiffs and Defendant both filed objections to Judge Clarke's Findings and Recommendation (ECF No. 220, 226), to which each responded (ECF No. 233, 231). Accordingly, the Court reviews *de novo.* 28 U.S.C. § 636(b)(1)(c); *United States v. Bernhardt*, 840 F.2d 1441, 1444–45 (9th Cir. 1998). The Court finds no error and concludes the report is correct.

---

[1] Plaintiffs filed a Motion for Reconsideration of Findings & Recommendation (ECF No. 217), which Judge Clarke denied prior to referring this matter (ECF No. 249).

1 – ORDER

In particular, Judge Clarke applied the proper summary judgment standard. In addition, Plaintiffs use their objections to advance new arguments and purported evidence going to the merits of Defendant's motion for summary judgment; Plaintiff is not entitled to raise new arguments at this stage, and even if the Court were to consider Plaintiff's arguments, they fail to persuade the Court it should reject Judge Clarke's findings. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); *see also Lintz v. Potter*, 2012 WL 9034131, at *1 (E.D. Cal. Sept. 13, 2012).

Judge Clarke's Findings and Recommendation (ECF No. 210) is adopted in full. Defendant's Motion for Summary Judgment (ECF No. 110) is DENIED in part and GRANTED in part as set forth in the Findings and Recommendation. Defendant's motion is denied as to Plaintiffs' contract claims arising from Defendant's refusal to accept and countersign the February 2022 LMA, causing Plaintiff to face increased costs on the Jones Creek Property loan. Plaintiff's remaining claims are dismissed.

Judge Clarke also properly denied Plaintiffs' Request for Judicial Notice. ECF No. 197. The Request is DENIED.

IT IS SO ORDERED.

DATED this 8th day of July 2026.

s/Michael J. McShane
Michael J. McShane
United States District Judge

2 – ORDER